IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11057
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAMMY JO MAYO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CR-56-A-3
- - - - - - - - - -
April 8, 1998

Before JOLLY, JONES, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Tammy Jo Mayo appeals from her judgment of conviction and sentence. She argues that the district court erred by attributing to her 19 pounds of methamphetamine and that a comment by the district court at the sentencing hearing constituted a threat that chilled her defense. We have reviewed the record and find no reversible error. Affidavits and testimony by Mayo's coconspirators support the district court's decision to attribute to her 19 pounds of methamphetamine. See United States v. Maseratti, 1 F.3d 330, 340 (5th Cir. 1993).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Further, the district court's comment at the sentencing hearing was a correct statement of the law and did not constitute a threat. See U.S.S.G. § 3E1.1, comment. (n.1(a)). Accordingly, the judgment of the district court is AFFIRMED.